UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00616

**Erica Latonya Dominique Thomas,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

# ORDER

Plaintiff Erica Latonya Dominique Thomas filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the commissioner's decision to deny social security benefits. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

On March 1, 2022, the magistrate judge issued a report recommending that the commissioner's decision be affirmed, and the case dismissed with prejudice. Doc. 24. Plaintiff did not file written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court affirms the commissioner's final administrative decision and dismisses this action with prejudice. Any outstanding motions are denied as moot.

*So ordered by the court on March 30, 2022.*

J. CAMPBELL BARKER
United States District Judge